UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – EL PASO DIVISION

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> SUMERIAN ENTERPRISES LLC dba BACK NINE, and JUSTIN KAUFMAN, individually, <br><br> Defendants. | 19-CV-193-DB |

**MOTION TO ENTER CONSENT JUDGMENT AND INJUNCTION**

Plaintiff Eugene Scalia, Secretary of Labor for the U.S. Department of Labor ("Secretary"), and defendants Sumerian Enterprises, LLC dba Back Nine and Justin Kaufman (collectively, "Defendants"), have resolved all issues before the Court and have entered into a Consent Judgment and Injunction. The Secretary therefore requests that the Court approve and enter the attached Consent Judgment and Injunction. The Secretary is authorized by counsel for Defendants to represent that Defendants concur with this motion.

    Respectfully submitted,

    Kate S. O'Scannlain, Solicitor of Labor
    John Rainwater, Regional Solicitor
    Lydia Tzagoloff, Acting Associate Regional Solicitor
    Tyler McLeod, Acting Counsel for Wage and Hour

    *s/Summer Silversmith*
    Summer Silversmith, Trial Attorney
    U.S. Department of Labor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2020, I uploaded the foregoing Motion for Entry of Consent Judgment and Injunction with the attached Consent Judgment and Injunction to the CM/ECF system, which will notify Defendants' counsel as follows:

    Michael D. McQueen
    Kemp Smith LLP
    221 N. Kansas, Suite 1700
    El Paso, Texas 79901
    michael.mcqueen@kempsmith.com

    *s/Summer Silversmith*
    Summer Silversmith