UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS – EL PASO DIVISION

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>SUMERIAN ENTERPRISES LLC dba BACK NINE, and JUSTIN KAUFMAN, individually,<br><br>Defendants. | 19-CV-193-DB |

## ORDER

Before the Court is the parties' joint motion seeking modification of the payment plan included in section II B of the September 8, 2020 Consent Judgment and Injunction (Doc. No. 21) to address economic hardship sustained by Defendants due to the current coronavirus pandemic.

For good cause shown, the parties' joint motion is granted.

It is ordered that the payment plan included in section II B of the judgment is modified to include the following payment plan:

| Date | Principal Amount and Allocation (Back Wages/Liquidated Damages) | Interest (2%) | Payment Amount |
|---|---|---|---|
| *September 15, 2020* | *$25,000.00 (liquidated damages)* | *0* | *$25,000.00 (Paid)* |
| *October 15, 2020* | *$4,962.62 (liquidated damages)* | *$83.33* | *$5,045.95 (Paid)* |
| March 15, 2021 | $4,970.89 (liquidated damages) | $75.06 | $5,045.95 |
| April 15, 2021 | $2,566.49 (liquidated damages)<br>$2,412.68 (back wages) | $34.42<br>$32.36 | $5,045.95 |
| May 15, 2021 | $4,987.47 (back wages) | $58.48 | $5,045.95 |
| June 15, 2021 | $4,995.78 (back wages) | $50.17 | $5,045.95 |

| July 15, 2021 | $5,004.11 (back wages) | $41.84 | $5,045.95 |
| August 15, 2021 | $5,012.45 (back wages) | $33.50 | $5,045.95 |
| September 15, 2021 | $5,020.80 (back wages) | $25.15 | $5,045.95 |
| October 15, 2021 | $5,029.17 (back wages) | $16.78 | $5,045.95 |
| November 15, 2021 | $5,037.54 (back wages) | $8.40 | $5,045.94 |
| **TOTAL** | $75,000.00 | $459.49 | $75,459.49 |

Dated:

Jan. 4, 2021

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE